

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00367-CV

**IN THE INTEREST OF G.E.T., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
The Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was filed on September 14, 2020, making appellee's brief due October 5, 2020. The appellee filed a motion for extension of time requesting a twenty-day extension to file its brief. The motion is GRANTED. Appellee's brief must be filed **no later than October 26, 2020**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court